

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00717-CV

In the Interest of **J.B.M.**, L.P.B., B.C.B., G.L.B. II, and G.G.B., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01298
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed against appellant because she qualifies as indigent. *See* TEX. R. APP. P. 20.1.

SIGNED March 13, 2019.

_____
Irene Rios, Justice